CHRISTOPHER, Appellant, v. FREEDMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Eliza W. Christopher against Jonas Freedman and others.

PER CURIAM. Motion granted, with $10 costs, unless the appellant perfect the appeal, place the cause on the calendar for the June term of this court, and be ready for argument when reached, in which case the motion is denied, without costs.